**Order entered December 7, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00366-CR

## DAVID CHANCE LADOUCEUR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2010-2-1224**

# ORDER

The State's December 6, 2012 motion for oral argument is **GRANTED**, and the State

will be allowed to present oral argument at the time the case is submitted.

DOUGLAS S. LANG
PRESIDING JUSTICE